Cite as 2017 Ark. 133

# SUPREME COURT OF ARKANSAS

Nos. CR–92-1385 and CR–00-528

| | | |
|---|---|---|
| DON WILLIAM DAVIS<br><br>APPELLANT | | **Opinion Delivered** April 17, 2017 |
| V. | | |
| STATE OF ARKANSAS<br><br>APPELLEE | | DISSENTING OPINION. |

**KAREN R. BAKER, Associate Justice**

I dissent from the majority's decision today to take the matter as a case and stay Davis's execution. Davis's mental competency is not at issue and the United States Supreme Court's action in *McWilliams v. Dunn*, 634 F. App'x 698 (11th Cir. 2015) likely has no bearing on Davis's case. The United States Supreme Court can enter a stay in Davis's case if it deems it appropriate. Accordingly, I dissent.

WOOD, J., joins.